UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUDREY BELL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil No. 24-10859
Hon. Matthew F. Leitman

# ORDER GRANTING EX PARTE MOTION FOR STAY DURING LAPSE OF APPROPRIATIONS

The Court grants Defendant's Ex Parte Motion for Stay During Lapse of Appropriations. This matter is stayed until the Court receives notice that Congress has appropriated funds for the Department of Justice, or until further order of the Court.

**IT IS SO ORDERED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: October 1, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
