UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUDREY BELL,

    Plaintiff,

                                     Case No. 24-cv-10859

v.                                   Hon. Matthew F. Leitman

UNITED STATES OF AMERICA,

    Defendant.

_____/

## <u>ORDER RESOLVING OUTSTANDING<br>MOTIONS IN LIMINE (ECF Nos. 22, 23, 26)</u>

On April 14, 2026, the Court held a final pretrial conference and resolved the outstanding motions in limine in this case as follows:

- Plaintiff's Motion in Limine to Bar Any and All Irrelevant Evidence Pertaining to Medical Records (ECF No. 26) is **DENIED WITHOUT PREJUDICE**.  Plaintiff may object at trial to any medical records or evidence on the grounds of relevance.

- Plaintiff's Motion in Limine to Bar Any and All Evidence, Testimony, and/or Argument Regarding ERISA Medical Benefits or Other Collateral Sources Plaintiff Received (ECF No. 23) is **TERMINATED**.  The parties informed the Court that the motion has been resolved by way of the Stipulated Order entered on April 13, 2026 (ECF No. 39).

1

- Defendant's Motion in Limine No. 3 to Exclude Plaintiff's Trial Exhibits (ECF No. 22) is **DENIED**.  However, Plaintiff shall relabel and reformat her exhibits in the same manner used by Defendant United States of America in the proposed joint final pretrial order.  Plaintiff shall submit the updated exhibits by **<u>Tuesday, April 28, 2026</u>**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
